**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| HERBERT WHITE, JR., | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:26-cv-01716 |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Casey S. Nash of Kelly Guzzo, PLC, 3925 Chain Bridge Road, #202, Fairfax, VA 22030, notes her appearance as counsel in this case on behalf of the Plaintiff, Herbert White, Jr.

Please copy her with all matters in this case.

*/s/ Casey S. Nash*

Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7571
Facsimile: (703) 591-0167
Email: casey@kellyguzzo.com
*Counsel for Plaintiff*

DATED: June 25, 2026