**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

HERBERT WHITE, JR.,

Plaintiff,

v. : Case No. 1:26-cv-01716

EQUIFAX INFORMATION SERVICES, LLC,
*et al.*,

Defendants.

**NOTICE OF APPEARANCE**

Andrew J. Guzzo of Kelly Guzzo, PLC, 3925 Chain Bridge Road, #202, Fairfax, VA 22030, notes his appearance as counsel in this case on behalf of the Plaintiff, Herbert White, Jr.

Please copy him with all matters in this case.

*/s/ Andrew J. Guzzo*

Andrew J. Guzzo, VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

DATED: June 25, 2026