AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Herbert White, Jr.<br>*Plaintiff*<br>v.<br>Equifax Information Services, LLC, et al.<br>*Defendant* | ) | Civil Action No. 1:26-cv-1716 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EQUIFAX INFORMATION SERVICES LLC
Serve: Corporation Service Company
Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kristi C. Kelly, Andrew J. Guzzo, Casey S. Nash, J. Patrick McNichol, and Matthew Rosendahl
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/22/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1716

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Equifax Information Services, LLC
was received by me on *(date)* 6/24/26 .

☐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________, a person of suitable age and discretion who resides there,
on *(date)* __________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rene Nordquist, agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Equifax Information Services LLC Serve Corporation Service Company on *(date)* 6/26/26 ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/26

[signature]
*Server's signature*

Samuel Gwaltney; PPS
*Printed name and title*

MTG Process Servers, LLC
8012 Midlothian Tnpk, Suite 200
North Chesterfield, VA 23235
*Server's address*

Additional information regarding attempted service, etc:

GUZZO---101415 *983016*

VIRGINIA
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ALEXANDRIA VIRGINIA

Herbert White, Jr. PLAINTIFF

VS.

Equifax Information Services, LLC DEFENDANT

CASE NO: 1:26-cv-1716
CLIENT NO:

# AFFIDAVIT OF SERVICE

I, the undersigned, do hereby state that I am a person eighteen years or older and not a party otherwise interested in the subject matter of the controversy.

Said service to, **Equifax Information Services LLC Serve Corporation Service Company**, was effected for Kelly Guzzo, PLC at **100 Shockoe Slip, 2nd Floor, Richmond, VA 23219** on **06/26/2026 12:30 PM** with a copy of the:

[X] SUMMONS IN A CIVIL ACTION, COMPLAINT: for a court return date of in the following manner:

[X] Personal Service x Rene Nordquist Agent
[] Substitute Service x ______

Being unable to make personal service, a copy was delivered in the following manner:
[] Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.

Name: ______ Age: ______ Relation: ______
[] Posted on front door or such other door as appears to be the main entrance to usual place of abode.
[] Served on Secretary of the Commonwealth x ______
[] Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.
[] Not Found
[] No Service

() Copy mailed to judgment debtor after serving the garnishee
On date of service unless a different date of mailing is known
______

**Samuel Gwaltney**
Process Server- Print & Sign
804-421-2773
M.T.G. Process Servers LLC
8012 Midlothian Tnpk, Ste 200
North Chesterfield, VA 23235

Comments:

Commonwealth of Virginia, County of Chesterfield
Subscribed and Sworn/Affirmed before me this 26 day of June 2026

KELLI ANNETTE HOLDER NOTARY PUBLIC REG # 00362578 MY COMMISSION EXPIRES 02/28/2029 COMMONWEALTH OF VIRGINIA

*983016*

**CERTIFICATE**
**OF**
**CORPORATION SERVICE COMPANY**

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

Beverley L. Crump    Rene Nordquist
Dustin Kline    Sarah White
Katelyn VanBuren

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 22nd day of October 2024.

CORPORATION SERVICE COMPANY

By: [signature]
Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 22nd day of October 2024, by George Massih

[signature: Janet B Woznicki]
Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 05-18-2026

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Herbert White, Jr.<br>*Plaintiff*<br>v.<br>Equifax Information Services, LLC, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-1716 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNION LLC
Serve: Corporation Service Company
Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kristi C. Kelly, Andrew J. Guzzo, Casey S. Nash, J. Patrick McNichol, and Matthew Rosendahl
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/22/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-1716

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Equifax Information Services, LLC
was received by me on *(date)* 6/24/26 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Renee Nordquist, agent , who is
designated by law to accept service of process on behalf of *(name of organization)* TransUnion, LLC
Serve: Corporation Service Company on *(date)* 6/26/26 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/26 ______________________
*Server's signature*

Samuel Gwaltney, PPS
*Printed name and title*

MTG Process Servers, LLC
8012 Midlothian Tnpk, Suite 200
North Chesterfield, VA 23235
*Server's address*

Additional information regarding attempted service, etc:

GUZZO---101415 *983015*

VIRGINIA
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ALEXANDRIA VIRGINIA

Herbert White Jr PLAINTIFF

VS.

Equifax Information Services, LLC DEFENDANT

CASE NO: 1:26-cv-1716
CLIENT NO:

AFFIDAVIT OF SERVICE

I, the undersigned, do hereby state that I am a person eighteen years or older and not a party otherwise interested in the subject matter of the controversy.

Said service to, **Trans Union LLC Serve Corporation Service Company**, was effected for Kelly Guzzo, PLC at **100 Shockoe Slip, 2nd Floor, Richmond, VA 23219** on **06/26/2026 12:30 PM** with a copy of the:

[X] SUMMONS IN A CIVIL ACTION, COMPLAINT: for a court return date of in the following manner:

[X] Personal Service x Rene Nordquist Agent
[] Substitute Service x ______

Being unable to make personal service, a copy was delivered in the following manner:
[] Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.

Name: ______ Age: ______ Relation: ______
[] Posted on front door or such other door as appears to be the main entrance to usual place of abode.
[] Served on Secretary of the Commonwealth x ______
[] Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.
[] Not Found
[] No Service

() Copy mailed to judgment debtor after serving the garnishee
On date of service unless a different date of mailing is known

______

Samuel Gwaltney
Process Server- Print & Sign
804-421-2773
M.T.G. Process Servers LLC
8012 Midlothian Tnpk, Ste 200
North Chesterfield, VA 23235

Comments:

Commonwealth of Virginia, County of Chesterfield
Subscribed and Sworn/Affirmed before me this 26 day of June 2026

KELLI ANNETTE HOLDER NOTARY PUBLIC REG # 00362578 MY COMMISSION EXPIRES 02/28/2029 COMMONWEALTH OF VIRGINIA

*983015*

**CERTIFICATE**
**OF**
**CORPORATION SERVICE COMPANY**

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | |
|---|---|
| Beverley L. Crump | Rene Nordquist |
| Dustin Kline | Sarah White |
| Katclyn VanBuren | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 22nd day of October 2024.

CORPORATION SERVICE COMPANY

By: ______________________
Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 22nd day of October 2024, by George Massih

Janet B Woznicki
Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 05-18-2026