IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HERBERT WHITE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 1:26-cv-01716-AJT-LRV |

**CONSENT MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7, respectfully requests an extension of time, through and including August 31, 2026 to respond to Plaintiff Herbert White, Jr.'s Complaint, and in support thereof states:

1. On June 18, 2026, Plaintiff filed a Complaint in the United States District Court for the Eastern District of Virginia, Alexandria Division, styled *Herbert White, Jr. v. Equifax Information Services LLC, et al;* Case No. 1:26-cv-01716-AJT-LRV. (ECF No. 1).

2. Equifax was served via process service on its registered agent, Corporation Service Company, on June 26, 2026.

3. Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Equifax must file its responsive pleading by July 17, 2026.

4. Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. In addition, the Parties anticipate discussing settlement

prior to Equifax filing its Answer. Accordingly, Equifax respectfully requests an initial extension of the deadline to respond to Plaintiff's Complaint, up to and including August 31, 2026.

5. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel regarding settlement, and, if necessary, prepare a response to the Complaint. This is Equifax's first request for an extension of time.

6. On June 30, 2026, Equifax's counsel conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension. Plaintiff's counsel had no objection and provided his assent to the requested extension.

WHEREFORE, Equifax respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Complaint, up to and including August 31, 2026. A Proposed Order is attached hereto as an Exhibit to this Motion.

DATED: July 13, 2026

Respectfully submitted,

TRAYLOR, MONTGOMERY & ELLIOTT, PC

By: *_/s/ John W. Montgomery, Jr._*

John W. Montgomery, Jr.,
VSB No. 37149
Counsel for Equifax Information Services, LLC
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, Virginia 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
jmontgomery@tmande.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I presented the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ John W. Montgomery, Jr.*
John W. Montgomery, Jr.
*Counsel for Defendant*
*Equifax Information Services LLC*