IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HERBERT WHITE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 1:26-cv-01716-AJT-LRV |

**PROPOSED ORDER**

Having reviewed the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint be granted, and that Defendant Equifax Information Services LLC shall have up to and including August 31, 2026 to respond to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Alexandria, Virginia this ____ day of ________________ 2026.

______________________________
United States District Judge