IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| HERBERT WHITE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 1:26-cv-01716-AJT-LRV |

**ORDER**

Having reviewed the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. No. 8) (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED IN PART**. It is further

**ORDERED** that Defendant Equifax Information Services LLC shall have up to and including **August 24, 2026** to respond to Plaintiff's Complaint.

**ENTERED** this 14th day of July 2026.

Alexandria, Virginia

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge