IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HERBERT WHITE, JR.,

Plaintiff,

v.

Civil No. 1:26-cv-1716-AJT-LRV

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

Defendants.

**DEFENDANT TRANS UNION LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), by and through its attorney of record, and pursuant to Fed. R. Civ. P. 6(b)(l)(A), files this Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint and states as follows:

1. Plaintiff, Herbert White, Jr., filed the Complaint in this action on June 18, 2026. Trans Union was served with the Complaint on June 26, 2026.

2. The current deadline for Trans Union to answer or otherwise respond to the Complaint is July 17, 2026. Trans Union requests an extension of that deadline, up to and including August 14, 2026.

3. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any dispute submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

4. Plaintiff has agreed to the requested extension.

5. This Consent Motion is filed prior to the expiration of time to answer, plead or otherwise respond under Rule 12(a) of the Federal Rules of Civil Procedure.

5. The extension sought by Trans Union will not prejudice the orderly administration of this matter, and no party will be prejudiced by the extension.

6. Trans Union does not request oral argument on this Motion.

7. No prior extension of this deadline has been requested.

7. A proposed Order granting this Consent Motion is attached hereto.

WHEREFORE, for the reasons stated herein, Defendant Trans Union respectfully requests that this Court grant Trans Union's Consent Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint and Order that Defendant Trans Union has until on or before August 14, 2026, to file its answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

*/s/ Marc F. Kirkland*

Marc F. Kirkland
Virginia Bar Number 96234
Attorneys for Trans Union LLC
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com

DATED: July 17, 2026.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Andrew Joseph Guzzo
aguzzo@kellyguzzo.com
Casey Shannon Nash
casey@kellyguzzo.com
Kristi Cahoon Kelly
kkelly@kellyguzzo.com
Kelly Guzzo PLC
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030
(703) 424-7576
***Counsel for Plaintiff***

John Willard Montgomery , Jr.
jmontgomery@tmande.com
Traylor Montgomery & Elliott PC
130 E Wythe St
Petersburg, VA 23803
804-861-1122
***Counsel for Equifax Information Services, LLC***

*/s/ Marc F. Kirkland*
Marc F. Kirkland
Virginia Bar Number 96234
Attorneys for Trans Union LLC
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com