IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HERBERT WHITE, JR.,

Plaintiff,

v.

Civil No. 1:26-cv-1716-AJT-LRV

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

Defendants.

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S**
**CONSENT MOTION FOR EXTENSION OF TIME**

Trans Union LLC ("Trans Union"), by and through its attorney of record, filed a Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION THEREOF, for good cause shown and by agreement of counsel for Plaintiff and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that Trans Union shall be GRANTED an extension of time until August 14, 2026, to file its Answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this the ______ day of ________________________ 2026.

______________________________________________
**HONORABLE ANTHONY J. TRENGA**
UNITED STATES DISTRICT JUDGE