IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HERBERT WHITE, JR.,

Plaintiff,

v.

Civil No. 1:26-cv-1716-AJT-LRV

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

Defendants.

**DEFENDANT TRANS UNION LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

1. Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Trans Union LLC discloses that:

a. The following are parents, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publicly held entity that owns 10% or more of Trans Union LLC: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

b. The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

2. Pursuant to Federal Rule of Civil Procedure 7.1, Trans Union LLC hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,

*/s/ Marc F. Kirkland*

Marc F. Kirkland
Virginia Bar Number 96234
Attorneys for Trans Union LLC
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com

DATED: July 17, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Andrew Joseph Guzzo
aguzzo@kellyguzzo.com
Casey Shannon Nash
casey@kellyguzzo.com
Kristi C. Kelly
kkelly@kellyguzzo.com
Kelly Guzzo PLC
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030
(703) 424-7576
***Counsel for Plaintiffs***

John Willard Montgomery , Jr.
jmontgomery@tmande.com
Traylor Montgomery & Elliott PC
130 E Wythe Street
Petersburg, VA 23803
804-861-1122
***Counsel for Equifax Information Services, LLC***

*/s/ Marc F. Kirkland*

Marc F. Kirkland
Virginia Bar Number 96234
Attorneys for Trans Union LLC
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 4400
Plano, Texas 75024
Phone: (214) 560-5454
Fax: (214) 871-2111
mkirkland@qslwm.com