IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HERBERT WHITE, JR.,

Plaintiff,

v.

Civil No. 1:26-cv-1716-AJT-LRV

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,

Defendants.

**ORDER**

This matter comes before the Court on Trans Union LLC ("Trans Union") Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. No. 11) (the "Motion"). Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED.** It is further

**ORDERED** that Trans Union shall file its Answer or otherwise respond to Plaintiff's Complaint on or before August 14, 2026,

**ENTERED** this 17th day of July, 2026.

Alexandria, Virginia

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge