**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**HERBERT WHITE, JR.**

Plaintiff,

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,: EXPERIAN INFORMATION, SOLUTIONS, INC. AND TRANS UNION, LLC,**

Defendants.

**Civil Action No. 1:26-cv-01716-AJT-LRV**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Experian Information Solutions, Inc., in the above captioned action, hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

   (a) Central Source LLC

   (b) Online Data Exchange LLC

   (c) New Management Services LLC

   (d) VantageScore Solutions LLC

   (e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated August 24, 2026 **EXPERIAN INFORMATION SOLUTIONS, INC.**

By: */s/ Stephen D. Lozier*

Stephen D. Lozier
VSB No. 89365
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
Telephone: (312) 759-3203
Facsimile: (312) 759-1939
Email: Stephen.lozier@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Stephen D. Lozier*
Stephen D. Lozier