**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**HERBERT WHITE, JR.,**

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC,; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC,**

Defendants.

**Case No. 1:26-cv-01716-AJT-LRV**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Herbert White's Complaint ("the Complaint") as follows:

Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below. Experian further states that it lacks knowledge or information sufficient to form a belief about the truth or falsity of any and all allegations that relate to the actions of third parties and therefore denies the same. Experian further states that its investigation of the present matter is ongoing. Accordingly, Experian reserves the right to amend this answer. In response to the numbered paragraphs in the Complaint, Experian states as follows:

**PRELIMINARY STATEMENT**[1]

1. In response to paragraph 1 of the Complaint, Experian admits that Plaintiff purports to characterize portions of the S. Rep. No. 91-517 (1969) and *Guimond v. Trans Union Credit*

[1] For ease of reference and to facilitate review of its Answer and Affirmative Defenses, Experian has incorporated into its Answer the headings used by Plaintiff in the Complaint. In doing so, Experian does not adopt,

*Info.*, 45 F.3d 1329, 1333 (9th Cir. 1995), the contents of which speak themselves, and denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 1 of the Complaint that relates to Experian.

2. In response to paragraph 2 of the Complaint, Experian admits that Plaintiff purports to characterize and quote portions of the Fair Credit Reporting Act ("FCRA"), the contents of which speak for itself, and denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 2 of the Complaint that relates to Experian.

3. In response to paragraph 3 of the Complaint, including footnotes one and two, Experian admits that Plaintiff purports to rely upon documents, the contents of which speak for themselves, and denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 3 of the Complaint that relates to Experian.

4. In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5. In response to paragraph 5 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian further denies that it has violated the FCRA. As to the allegations in paragraph 5 which relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth

either expressly or by implication, the statements contained in those headings. Experian denies, generally and specifically, each and every allegation in the headings.

of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 5 of the Complaint.

6. In response to paragraph 6 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian further denies that it has violated the FCRA. As to the allegations in paragraph 6 which relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Complaint.

7. In response to paragraph 7 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian further denies that it has violated the FCRA. As to the allegations in paragraph 7 which relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 7 of the Complaint.

## JURISDICTION AND VENUE

8. In response to paragraph 8 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1681(p). Experian states that this is a legal conclusion which is not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 8 of the Complaint.

9. In response to paragraph 9 of the Complaint, Experian admits that Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(2). Experian states that this is a legal conclusion which is not subject to admission or denial. To the extent a response is

required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 9 of the Complaint.

**PARTIES**

10. In response to paragraph 10 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c).

11. In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12. In response to paragraph 12 of the Complaint, Experian admits that it is an Ohio corporation with its principal place of business in Costa Mesa, California. Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d).

13. In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**FACTS**

14. In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15. In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to paragraph 18 of the Complaint, Experian admits that Plaintiff purports to summarize or characterize dispute correspondence, the contents of which speak for themselves, and denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 18 of the Complaint that relates to Experian. As to the allegations in paragraph 18 which relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 18 of the Complaint.

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies each and every allegation contained therein.

23. In response to paragraph 23 of the Complaint, Experian admits that Plaintiff purports to summarize or characterize dispute correspondence, the contents of which speak for themselves, and denies any allegations inconsistent therewith. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 23 of the Complaint that relates to Experian. As to the allegations in paragraph 23 which relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 23 of the Complaint.

24. In response to paragraph 24 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 24 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 24 of the Complaint.

25. In response to paragraph 25 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 25 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 25 of the Complaint.

26. In response to paragraph 26 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 26 of the Complaint. As to the allegations in paragraph 26 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 26 of the Complaint.

***Defendants' FCRA Violations Were Willful***

27. In response to paragraph 27 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian further avers that paragraph 27 purports to characterize and cite to the nature and outcomes of certain cases. Experian affirmatively states that the cases referenced speak for themselves as to their claims, defenses, and legal effect, and on that basis, denies any allegations of paragraph 27 of the Complaint inconsistent therewith As to the allegations in paragraph 27 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 27 of the Complaint.

28. In response to paragraph 28 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 28 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 28 of the Complaint.

29. In response to paragraph 29 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 29 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 29 of the Complaint.

30. In response to paragraph 30 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 30 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 30 of the Complaint.

31. In response to paragraph 31 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 31 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 31 of the Complaint.

32. In response to paragraph 32 of the Complaint, Experian denies that it violated the FCRA and further denies that its conduct, action, or inaction was willful as alleged in the Complaint. Experian further denies, generally and specifically, each and every remaining allegation contained in paragraph 32 of the Complaint that relates to Experian. As to the allegations in paragraph 32 of the Complaint that relate to another defendant, Experian is without knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 32 of the Complaint.

**COUNT ONE**
**(VIOLATION OF FCRA, 15 U.S.C. §1681e(b))**

33. In response to paragraph 33 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 32 above, as though fully set forth herein.

34. In response to paragraph 34 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every remaining allegation contained in paragraph 34 of the Complaint that relates to Experian. As to the allegations in paragraph 34 of the Complaint that relate to another defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 34 of the Complaint.

35. In response to paragraph 35 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 35 of the Complaint that relates to Experian. As to the allegations in paragraph 35 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 35 of the Complaint.

36. In response to paragraph 36 of the Complaint, Experian denies that it violated the FCRA and further denies that its conduct, action, or inaction was willful as alleged in the

Complaint. Experian also denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 36 of the Complaint that relates to Experian. As to the allegations in paragraph 36 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 36 of the Complaint.

37. In response to paragraph 37 of the Complaint, Experian denies that it violated the FCRA and further denies that its conduct, action, or inaction was negligent as alleged in the Complaint. Experian also denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 37 of the Complaint that relates to Experian. As to the allegations in paragraph 37 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 37 of the Complaint.

**COUNT TWO**
**(VIOLATION OF FCRA, 15 U.S.C. §1681i)**

38. In response to paragraph 38 of the Complaint, Experian repeats, realleges, and incorporates by reference paragraphs 1 through 37 above, as though fully set forth herein.

39. In response to paragraph 39 of the Complaint, Experian denies that it violated the FCRA. Experian further denies, generally and specifically, each and every remaining allegation contained in paragraph 39 of the Complaint that relates to Experian. As to the allegations in paragraph 39 of the Complaint that relate to another defendant, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 39 of the Complaint.

40. In response to paragraph 40 of the Complaint, Experian denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 40 of the Complaint that relates to Experian. As to the allegations in paragraph 40 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 40 of the Complaint.

41. In response to paragraph 41 of the Complaint, Experian denies that it violated the FCRA and further denies that its conduct, action, or inaction was willful as alleged in the Complaint. Experian also denies that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian. Experian further denies, generally and specifically, each and every remaining allegation of paragraph 41 of the Complaint that relates to Experian. As to the allegations in paragraph 41 of the Complaint that relate to another defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 41 of the Complaint.

In response to the unnumbered paragraph beginning with "WHEREFORE" that follows paragraph 42, Experian denies that Plaintiff is entitled to any damages or other relief against Experian as set forth therein.

**RESPONSE TO DEMAND FOR JURY TRIAL**

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

**AFFIRMATIVE DEFENSES**

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

**SECOND AFFIRMATIVE DEFENSE**

(Truth/Accuracy of Information)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

**THIRD AFFIRMATIVE DEFENSE**

(Indemnification)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

**FOURTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate Damages)

Plaintiff has failed to mitigate Plaintiff's damages.

**FIFTH AFFIRMATIVE DEFENSE**

(Laches)

The claims for relief set forth in the Complaint are barred by the doctrine of laches.

**SIXTH AFFIRMATIVE DEFENSE**

(Contributory/Comparative Fault)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff, and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

**SEVENTH AFFIRMATIVE DEFENSE**

(Estoppel)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

**EIGHTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

Experian is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

**NINTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

(Independent Intervening Cause)

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Mootness)

Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought is moot.

**TWELFTH AFFIRMATIVE DEFENSE**

(Waiver)

Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Improper Request for Punitive Damages)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper. Additionally, Plaintiff cannot recover punitive damages against Experian to the extent that such

an award would violate Experian's constitutional rights under the Constitution of the United States of America.

**FOURTEENTH AFFIRMATIVE DEFENSE**

(Arbitration Defense)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

**FIFTEENTH AFFIRMATIVE DEFENSE**

(Right to Assert Additional Defenses)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For costs of suit and attorneys' fees herein incurred; and

(3) For such other and further relief as the Court may deem just and proper.

Dated August 24, 2026

By: */s/ Stephen D. Lozier*

Stephen D. Lozier
VSB No. 89365
*Counsel for Experian Information Solutions, Inc*.
TROUTMAN PEPPER LOCKE LLP
225 W. Randolph Street
Suite 2600
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336
Email: Stephen.lozier@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Stephen D. Lozier*
Stephen D. Lozier