**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

HERBERT WHITE, JR., )
)
Plaintiff, )
)
v. ) Case No. 1:26-cv-1716-AJT-LRV
)
EQUIFAX INFORMATION SERVICES, LLC, )
et al., )
)
)
Defendants. )
)

**ORDER**

This matter comes before the Court on its own initiative. The Court's August 25, 2026 Scheduling Order set certain discovery deadlines in this action, including setting an initial pretrial conference for September 16, 2026, and directing the parties to file a proposed joint discovery plan by September 9, 2026. (Dkt. No. 18.) The parties did not do so. Given that it appears two of the three defendants have reached a settlement with Plaintiff, (*see* Dkt. Nos. 14, 19), only Defendant Equifax Information Services, LLC remains in this action. Accordingly, it is hereby

**ORDERED** that on or before 5:00 p.m. ET on September 14, 2026, Plaintiff and Defendant Equifax Information Services, LLC shall file a proposed joint discovery plan, in accordance with the August 25, 2026 Scheduling Order.

**ENTERED** this 11th day of September, 2026.

Alexandria, Virginia

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge