**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| HERBERT WHITE, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-1716-AJT-LRV |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on the parties' Notice of Settlement (Dkt. No. 21) representing that Plaintiff has settled his claims against Defendant Equifax Information Services, LLC ("Equifax"). On September 11, 2026, the Court issued an Order directing Plaintiff and Equifax to submit a joint discovery plan by Monday, September 14, 2026, ahead of the September 16, 2026 initial pretrial conference. Given that Plaintiff and Equifax have reached a settlement, it is hereby

**ORDERED** that the September 14, 2026 deadline to file a joint discovery plan is hereby **VACATED**. It is further

**ORDERED** that the September 16, 2026 initial pretrial conference is hereby **VACATED**. It is further

**ORDERED** that Plaintiff and Defendant Equifax, Defendant Experian Information Solutions, Inc., and Defendant Trans Union, LLC[1] shall file stipulations of dismissal on or before October 16, 2026.

**ENTERED** this 11th day of September, 2026.

Alexandria, Virginia

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge

[1] Defendants Trans Union, LLC and Experian Information Solutions, Inc. filed Notices of Settlement on August 13, 2026 and September 9, 2026, respectively. (Dkt. Nos. 14, 19.)