**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| HERBERT WHITE, JR., | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:26-cv-1716 |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | : | |
| Defendants. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant, Trans Union, LLC, which did not file an answer or a motion for summary judgment.

Respectfully submitted,
**HERBERT WHITE, JR**

By: *\/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiff*

So Ordered

Anthony J. Trenga 09/22/2026
Senior U.S. District Judge