**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| HERBERT WHITE, JR., | : |
| Plaintiff, | : |
| v. | : Case No. 1:26-cv-1716 |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.,* | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO EXPERIAN INFORMATION SOLUTIONS**

Plaintiff, by counsel and with the signature of all remaining parties, stipulates to the dismissal with prejudice of all claims against Experian Information Solutions, Inc. in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to pay their own fees and costs. The Parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994). This matter will continue as to the remining defendants.

DATED: October 9, 2026

Respectfully submitted,
**HERBERT WHITE, JR**

By: */s/ Kristi C. Kelly*

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com

Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiff*

By: */s/ John W. Montgomery, Jr.*
John W. Montgomery, Jr.
VSB No. 37149
Traylor, Montgomery & Elliott, PC
130 E. Wythe Street
Petersburg, Virginia 23803
Telephone: (804) 861-1122
Facsimile: (804) 733-6022
*Counsel for Equifax Information Services, LLC*

By: */s/ Stephen D. Lozier*
Stephen D. Lozier
VSB No. 89365
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr., Suite 4100
Chicago, IL 60606
Telephone: (312) 759-3203
Facsimile: (312) 759-1939
Email: Stephen.lozier@troutman.com
*Counsel for Experian Information Solutions, Inc.*